701 A.2d 702

IN THE MATTER OF CHRISTOPHER M. DOHERTY,
AN ATTORNEY AT LAW.

November 5, 1997.

**ORDER**

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension from practice of **CHRISTO-PHER M. DOHERTY** of **RARITAN**, who was admitted to the bar of this State in 1985, and good cause appearing;

It is ORDERED that **CHRISTOPHER M. DOHERTY** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **CHRISTOPHER M. DOHERTY** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **CHRISTOPHER M. DOHERTY** comply with *Rule* 1:20–20 dealing with suspended attorneys.